TRATHONY GRIFFIN et al, Appellants, v SIRVA, INC., et al., Respondents.

Decided September 20, 2016

*See* 835 F3d 283.

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge DiFIORE and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN, FAHEY and GARCIA.

NIAGARA MOHAWK POWER CORPORATION, Doing Business as NATIONAL GRID, Respondent, v ALLIED HEALTHCARE PRODUCTS, INC., Appellant, and ALBANY ENGINEERING CORPORATION, Respondent.

Submitted August 8, 2016; decided September 20, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

DOCTOR FRED L. PASTERNACK, Appellant, v LABORATORY CORPORATION OF AMERICA HOLDINGS, Also Known as LABCORP, et al., Respondents.

Submitted August 15, 2016; decided September 20, 2016

*See* 807 F3d 14.

Motion for reargument denied [*see* 27 NY3d 817 (2016)].